IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 10-cr-00082-CMA-05

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUVON THOMAS FULTON
    a/k/a "Shaft,"
2. JAMEISHA SHANTYCE HUBBARD,
    a/k/a Jameisha Shantyce Bedford,
    a/k/a "Baby Girl,"
3. TIMOTHY FULTON,
    a/k/a "Sid,"
4. KERVIN ANDRE ROGERS,
    a/k/a "Too Much,"
5. **RUBEN CANALES, JR.,**
    **a/k/a "Red,"**
6. CHARLES RIGGINS, and
7. ILLIA M. WALKER,

    Defendants.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

Pursuant to the telephone conference between counsel and Chambers staff, and in response to the Notice of Disposition (Doc. # 110), filed on behalf of Defendant Ruben Canales, Jr., a Change of Plea hearing for Defendant Canales is set for **June 10, 2010 at 2:30 p.m.** in Courtroom A602 of the Arraj Courthouse. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers

and to the Probation Department no later than **noon on June 3, 2010**.  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  Defense counsel is responsible for coordinating with the interpreter to ensure that both the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty are translated, in writing, furnished to defendant and signed by defendant in advance of the change of plea hearing. The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

       DATED:  May   04   , 2010

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge